UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NICHOLAS SACCOCCI and GALE ROSS,**

      **Plaintiffs,**

v.                                            Case No:  6:12-cv-1739-Orl-36DAB

**CROWN MANAGEMENT GROUP, INC.,**

      **Defendant.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge David A. Baker, filed on July 19, 2013 (Doc. 30).  In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the parties' Joint Motion for Approval of Settlement Agreement and Stipulation of Dismissal ("Joint Motion to Approve Settlement"), filed on July 17, 2013 (Doc. 29).  *See* Doc. 30 at p. 3.  No party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees that the parties' settlement is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982).  Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 30) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Joint Motion to Approve Settlement (Doc. 29) is **GRANTED**. The Settlement (Doc. 29 at pp. 7-18) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. This action is **DISMISSED, with prejudice**.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties